Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC,            )<br>                                              )<br>            Plaintiff,            )<br>     v.                           )<br>                                              )<br>CHAZ FORSYTH                )<br>                                              )<br>            Defendant.        )<br>                                              )<br>_____) | No. 2:12-cv-06669-ODW-JC<br><br>**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE RE LACK OF SERVICE** |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE RE LACK OF SERVICE**

On December 21st, 2012, the Court issued an Order to Show Cause re Lack of Service. (ECF No. 17) In its Order, the Court noted that this action commenced on August 2, 2012, and that no proof of service has been filed with the Court. *Id.* The Court ordered Plaintiff to show cause as to why Defendant has not been timely served. *Id.* As Plaintiff will describe below, Plaintiff will file a forthcoming Motion to Transfer Venue to the Eastern District of California because Plaintiff's investigations have now revealed that Defendant is a resident of Fresno County, California, which lies within the jurisdiction of the Eastern District of California.[1]

///

---

[1] As described below, this was not due to an error in IP address geolocation; the subscriber did, indeed, reside in the Central District.

## LEGAL STANDARD

With regard to Rule 4(m), the 9th Circuit has held that "District Courts have broad discretion to extend time for service under Rule 4(m)." *Efaw v. Williams,* 473 F. 3d 1038, 1041 (9th Cir. 2007) The Supreme Court has, similarly, held that "the 120-day provision [of rule 4(m)] operates not as an outer limit subject to reduction, but as an irreducible allowance." *Henderson v. United States,* 517 US 654, 661 (1996).

## PLAINTIFF'S INVESTIGATION

Throughout the instant action, Plaintiff has diligently progressed with its investigation of the circumstances surrounding the infringement of its copyrighted work. Plaintiff's naming of Chaz Forsyth as the Defendant in the instant action was based on discussions with the subscriber of the infringing IP address, Zona Forsyth. Ms. Forsyth informed Plaintiff that Chaz Forsyth was the likely infringer of Plaintiff's copyrighted work, and attested to that fact under penalty of perjury. (*See* ECF No. 16 at Exhibit C, Declaration of Zona Forsyth.) Ms. Forsyth executed her declaration on November 19th, 2012. *Id.*

## LOGISTICAL ISSUES

Plaintiff promptly attempted to file the Amended Complaint via ECF on November 26th, 2012. (*See* ECF No. 13.) Due to this misunderstanding, the Amended Complaint was stricken on November 27th, 2012. (*See* ECF No. 14 and ECF No. 15.) Plaintiff mailed its Amended Complaint to the Central District soon after, but due to apparent processing delays at the Central District courthouse, Plaintiff still had not received the conformed copy of the Amended Complaint as of December 13th. Once Plaintiff received the conformed copy,

around December 19, 2012, Plaintiff emailed the PDF version of the Amended Complaint to the Central District as required by the local rules.

**VENUE ISSUE**

Plaintiff's ongoing investigation of Defendant revealed that Defendant is, in fact, a resident of Fresno County, California. Since Fresno County, California lies within the boundaries of the Eastern District of California, Plaintiff shall subsequently file a Motion to Transfer Venue to the Eastern District of California.

Respectfully Submitted,

PRENDA LAW INC.

**DATED: December 27, 2012**

By: /s/ Brett L. Gibbs

Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com
*Attorney for Plaintiff*